**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 70 WAL 2015
                                                      :
             Respondent        :
                                                      : Petition for Allowance of Appeal from the
                                                      : Order of the Superior Court
            v.                          :
                                                      :
                                                      :
WILLIAM RAUCH,                   :
                                                      :
             Petitioner           :


## ORDER


**PER CURIAM**

      **AND NOW**, this 17th day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.